United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12890-jkf
Charles D Conroy                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: jch              Page 1 of 1            Date Rcvd: Jun 11, 2018
                              Form ID: 175           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db            +Charles D Conroy,    405 Marlbrook Lane,    Lansdale, PA 19446-5326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          GEORGE R. TADROSS    on behalf of Debtor Charles D Conroy gtadross@tadrosslaw.com,
           r55386@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles D Conroy
    Debtor(s)

Case No: 18–12890–jkf
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay First
Installment of $100.00.

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 6/27/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 11, 2018

17
Form 175