# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles D. Conroy <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 18-12890 jkf |
| Charles D. Conroy <br> _Debtor(s)_ | |
| Robert H. Holber Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this 25th day of June, upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation and the Certification of No Response filed thereto, it is hereby ORDERED that the automatic stay is terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant with respect to the following property:  2018 TOYOTA PRIUS, VIN: JTDKDTB35J1607531. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Charles D. Conroy
405 Marlbrook Lane
Lansdale, PA 19446

George R. Tadross
Tadross Law
128 Chestnut Street
Suite 204
Philadelphia, PA 19106

Robert H. Holber Esq.
Robert H. Holber PC
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532