United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles D Conroy
      Debtor

Case No. 18-12890-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jun 26, 2018
                         Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db           +Charles D Conroy,   405 Marlbrook Lane,   Lansdale, PA 19446-5326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:08     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2018 02:42:38
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2018 02:43:02     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
              GEORGE R. TADROSS     on behalf of Debtor Charles D Conroy gtadross@tadrosslaw.com,
              r55386@notify.bestcase.com
              KEVIN G. MCDONALD     on behalf of Creditor  Toyota Motor Credit Corporation
              bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
              rholber@ecf.epiqsystems.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                      TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles D. Conroy<br>_Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 18-12890 jkf |
| Charles D. Conroy<br>_Debtor(s)_ | |
| Robert H. Holber Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

AND NOW, this 25th day of June, upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation and the Certification of No Response filed thereto, it is hereby ORDERED that the automatic stay is terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant with respect to the following property:  2018 TOYOTA PRIUS, VIN: JTDKDTB35J1607531. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Charles D. Conroy
405 Marlbrook Lane
Lansdale, PA 19446

George R. Tadross
Tadross Law
128 Chestnut Street
Suite 204
Philadelphia, PA 19106

Robert H. Holber Esq.
Robert H. Holber PC
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532