LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Charles D. Conroy                                       :         Case #18-12890   (JKF)
                                                        :
   Debtor.                                              :         Chapter 7

_____

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

  The Acting United States Trustee has filed a **Motion to Dismiss Pursuant to 11 U.S.C. Section 707(b)(3)** with the Court**.**

  <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within **fourteen days** of the date of this Notice you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at:
    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:
    George Conway, Trial Attorney
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107
    (215) 597-4411 fax (215) 597-5795

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **August 29, 2018 at 1:00 p.m.**, in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.
Date: July 30, 2018