United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12890-jkf
Charles D Conroy                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1            Date Rcvd: Jul 30, 2018
                               Form ID: pdf900         Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db             +Charles D Conroy,    405 Marlbrook Lane,    Lansdale, PA 19446-5326
14099289       +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
14099290       +Aes/nct,    Pob 61047,   Harrisburg, PA 17106-1047
14099291       +Aes/pheaafrn,    Po Box 61047,   Harrisburg, PA 17106-1047
14099292       +Aes/southern Arc,    1200 N 7th St,   Harrisburg, PA 17102-1419
14099293       +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
14099294       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14099295       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14099296        Drexel Univ,    Drexel Univ Office Of Controlr,    Philadelphia, PA 19104
14111438       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Toyota Motor Credit Corp,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14099298      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 31 2018 02:00:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2018 01:59:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14099297       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2018 02:10:01      Navient,   Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GEORGE R. TADROSS    on behalf of Debtor Charles D Conroy gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Charles D. Conroy  :  Case #18-12890  (JKF)

: 

Debtor.  :  Chapter 7

_____

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Acting United States Trustee has filed a **Motion to Dismiss Pursuant to 11 U.S.C. Section 707(b)(3)** with the Court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within **fourteen days** of the date of this Notice you or your attorney must do <u>all</u> of the following:

   (a)  file an answer explaining your position at:
   U.S. Bankruptcy Court, Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)  mail a copy to the movant's attorney:
   George Conway, Trial Attorney
   Office of the U.S. Trustee
   833 Chestnut Street, Suite 500
   Philadelphia, PA  19107
   (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **August 29, 2018 at 1:00 p.m.**, in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  July 30, 2018