### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Charles D. Conroy

Debtor.

Case #18-12890  (JKF)

Chapter 7

### CERTIFICATE OF NO RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 707 (b)(3)

George M. Conway, hereby certifies that he is counsel to the U. S. trustee for Region 3, and that on July 30, 2018, a copy of the U. S. trustee's Motion to Dismiss Pursuant to 11 U.S.C Section 707(b)(3) was served on all parties in the attached Certificate of Service, that no creditor or party in interest has served or filed any answer, objection or responsive pleading relating to the Motion, and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

Accordingly, the U. S. trustee requests that the Court enter the order attached to the Motion.

DATED this 17th day of August, 2018.

ANDREW R. VARA
Acting United States trustee, Region 3

By:   */s/ George M. Conway*
George M. Conway, Trial Attorney
Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, Pennsylvania 19107
(215) 597-4411
(215) 597-5795 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :

Charles D. Conroy                   :    Case #18-12890   (JKF)

       Debtor.                      :    Chapter 7

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 30th day of July, 2018, the Acting United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. Section 707(b)(3), together with the Proposed Order, and Notice of Hearing, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Charles D. Conroy
405 Marlbrook Lane
Lansdale, PA 19446
*(Debtor)*

George R. Tadross, Esquire
Tadross Law
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
*(Debtor's Counsel)*

Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
*(Chapter 7 Trustee)*

BY:   /s/ Nancy J. Miller
        Nancy J. Miller, Legal Clerk

Case 18-12890-jkf    Doc 28    Filed 08/17/18    Entered 08/17/18 12:41:45    Desc Main
Document      Page 3 of 3

Live Database Area
Case 18-12890-jkf    Doc 23-2    Filed 07/30/18    Entered 07/30/18 13:26:03    Desc
Service List    Page 2 of 2

Page 1 of 1

# Mailing Information for Case 18-12890-jkf

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **ROBERT H. HOLBER**    trustee@holber.com, rholber@ecf.epiqsystems.com
- **KEVIN G. MCDONALD**    bkgroup@kmllawgroup.com
- **GEORGE R. TADROSS**    gtadross@tadrosslaw.com, r55386@notify.bestcase.com
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

### Creditor List

Click the link above to produce a complete list of **creditors** only.

### List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.