IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Charles D. Conroy : Case #18-12890  (JKF)
   :
    Debtor. : Chapter 7

_____

# ORDER DISMISSING CASE

AND NOW, this ____ day of August, 2018, upon consideration of the U. S. trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3), and the Debtor's response, if any, it is now, therefore: ORDERED that the U. S. trustee's Motion is GRANTED and this case is hereby DISMISSED.

**Date: August 31, 2018**

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge