United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12890-jkf
Charles D Conroy                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore            Page 1 of 1            Date Rcvd: Aug 31, 2018
                               Form ID: pdf900            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db             +Charles D Conroy,    405 Marlbrook Lane,    Lansdale, PA 19446-5326
14099289       +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14099290       +Aes/nct,    Pob 61047,    Harrisburg, PA 17106-1047
14099291       +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
14099292       +Aes/southern Arc,    1200 N 7th St,    Harrisburg, PA 17102-1419
14099293       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14099294       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14099295       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14099296        Drexel Univ,    Drexel Univ Office Of Controlr,    Philadelphia, PA 19104
14111438       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Toyota Motor Credit Corp,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14099298      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14099297       +E-mail/PDF: pa_dc_claims@navient.com Sep 01 2018 01:51:52     Navient,    Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GEORGE R. TADROSS    on behalf of Debtor Charles D Conroy gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com, rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Charles D. Conroy                : Case #18-12890 (JKF)
                                 :
    Debtor.                      : Chapter 7

_____

### ORDER DISMISSING CASE

AND NOW, this ____ day of August, 2018, upon consideration of the U. S. trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3), and the Debtor's response, if any, it is now, therefore: ORDERED that the U. S. trustee's Motion is GRANTED and this case is hereby DISMISSED.

**Date: August 31, 2018**

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge